**FILED**
U.S. District Court
District of Kansas

AUG 1 5 2017

Clerk, U.S. District Court
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

James Lee Lister )
)
100 South Ridge Road Apt. 321 )
)
Wichita KS 67209 )
(Enter above the full name of the Plaintiff(s)) )
)
vs. ) Case Number 17-cv-1204-EFM-GEB
)
Western Industries Corporation )
Name )
2530 S. Southeast Dr )
Street and number )
Wichita      KS    67216 )
City      State    ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff James Lee Lister
   Address 100 S. Ridge Road Apt. 321
   Wichita KS 67209

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Western industries Corporation** is

employed at _____

**2530 S. Southeast Dr. Wichita KS 67216**

C. Additional Defendants _____

_____

_____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of **Kansas**.
2. The first-named defendant above is either
   a. a citizen of the State of _____; or
   b. a corporation incorporated under the laws of the State of **Kansas** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of _____; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.) Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.  (If applicable)  Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☒ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

The occupational Safety and health act of 1970

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

See attached

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

3

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☐ No ☒

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☒ No ☐

VII. Do you claim punitive monetary damages? Yes ☒ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

40,000 - violation of OSha law not Providing P.P.e. exposing me to Saw Dust and Ashtma is worse,

25,000 BACk Pay, Front, Pain Suffering

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒    No ☐

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

OSha complaint, Jan. 16-2016
EEOC, Feb 2016

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

James Lister
Name (Print or Type)

100 S. Ridge Road
Address   #321 Wichita KS
          67214

5

<u>Wichita</u>  <u>KS</u>  <u>67214</u>
City          State      Zip Code

<u>316 227-9803</u>
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X] Wichita,  [ ] Kansas City, or  [ ] Topeka}, Kansas as the
(Select One)
location for the trial in this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [X] Yes or  [ ] No }
(Select One)

Signature of Plaintiff

Dated: **8-17-2017**
(Rev. 10/15)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

James L. Lister
100 S, Ridge RD #321
Wichita KS 67214
(Enter above the full name of Plaintiff(s))

vs.

Western industries Corp
Name

~~100~~ S. 2530 S. SouthEast Drive
Street and number

Wichita KS 67216
City        State        Zip Code

Case Number: _____
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   [X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   [ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   [ ] American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
   **NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☒ Other (Describe)

_BSha_

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

   **N-A**
   (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

   Jan 19, 2016

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

   ☒ Yes    Date filed: _____
   ☐ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

   ☒ Yes    Date filed: Jan, 2016
   ☐ No

6. Have you received a Notice of Right-to-Sue Letter?
   ☒ Yes  ☐ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

   ☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   ☐ fewer than 60 days have passed since I filed my charge of age discrimination with

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [ ] failure to hire me
   - [x] termination of my employment
   - [ ] failure to promote me
   - [ ] failure to accommodate my disability
   - [ ] terms and conditions of my employment differ from those of similar employees
   - [x] retaliation
   - [x] harassment
   - [ ] reduction in wages
   - [ ] other conduct (specify):

   _____

   _____

   _____

   Did you complain about this same conduct in your charge of discrimination?

   [x] Yes    [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [x] my race or color, which is African-American
   - [ ] my religion, which is _____
   - [ ] my national origin, which is _____
   - [ ] my gender, which is [ ] male; [ ] female
   - [ ] my disability or perceived disability, which is _____
   - [ ] my age (my birth date is: _____)
   - [ ] other: _____

   Did you state the same reason(s) in your charge of discrimination?
   [x] Yes    [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ☐ are still being committed by Defendant.
    ☐ are no longer being committed by Defendant.
    ☒ may still be being committed by Defendant.

12.                              Plaintiff:
    ☐ still works for Defendant
    ☒ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ☐ Yes    ☒ No

    Explain: _____

    _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
    ☐ Defendant be directed to employ Plaintiff
    ☐ Defendant be directed to re-employ Plaintiff
    ☐ Defendant be directed to promote Plaintiff
    ☒ Defendant be directed to __Settle_____

4

☒ Injunctive relief (please explain): _____
☒ Monetary damages (please explain): To make whole, medical care
☐ Costs and fees involved in litigating this case
☒ As additional relief to make Plaintiff whole, Plaintiff

seeks: _____

_____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 17 day of August, 2017.

_____
Signature of Plaintiff

James Lister

Name (Print or Type)

Address
100 S. Ridge Road
_____
City State Zip Code
316 227-9803

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☒ Wichita, ☐ Kansas City, ☐ Topeka }, Kansas as the location for the trial in this matter.
(Select One Location)

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☒ Yes ☐ No
(Select One)

_____
Signature of Plaintiff

Dated: 8-17-2017
(Rev. 10/15)

5

# Complaint

On November 24, 2015, I, James Lister was sent on assignment by Manpower a local temporay company located in Wichita KS to the employer Western Industries Corporation located in Wichita KS. I was assigned as a labor and put on the saw crew of a industrial wood saw, the company was a pallet manfacture. I was in charge of making sure the wood came out the saw the right size and also getting rid of the bad wood, and stacking the saw crew consisted of 4-people, Edward Huckabely a white male (Saw-operator) John Copper a white male, Josh-Doe, last name-unknown, white male, And myself James Lister a Black male. From November 24, 2015 to my tereminiation Day of January 19th 2016, on this Day the Saw Blade had broke, while Edward and John was changing the Blade, myself and Josh was in the back of the saw picking up and stacking wood, After they had finshed, Well John was changing the blade, Edward started the Saw while John was still changing the blade and John yelled and Edward hit the emergency shut of Button, John informed us he almost had his foot cut off showed us his Boot which had a cut from the blade, he went and showed the floor supervisor Jessie who came to all

P.2

four us and asked us all "Did someone Start the Saw and almost have his foot ~~off~~ cut off" we All said yes, Jessie then went and told the manger Jim, he came over asked the Same thing As Jessie Did, again the Answer was yes, he then fired me and Edward, Edward then Said Dont fire me I have Kids, I then Said I Do too, Jim told Edward we will talk, and I Said If your gonna fire me have to fire everyone, Jim Did Raised his hand and motion Bye. On 9-22-2016 I filed A wrongful terminination/Discrimintion complaint with the e.e.o.c, I Received my Right to Sue on 5-17-2017 I Also Reported the Incident to Osha, where the found A Major violation, No lock/Tag out, And Not providing P.P.e, Face mAsk.





**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Kansas City Area Office**

Gateway Tower II
400 State Avenue, Suite 905
Kansas City, KS 66101
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Kansas City Status Line: (866) 408-8075
Kansas City Direct Dial: (913) 551-5655
FAX (913) 551-6957
Website: www.eeoc.gov

James Lister
734 N. Country Acres St
Apartment 120
Wichita, KS 67212

Re:   EEOC Charge No: 563-2016-01820
      Lister vs. WESTERN INDUSTRIES CORPORATION

Dear Mr. Lister:

This is in response to your request for a copy of our file(s). If you have asked for the enclosed documents from your charge file before you have filed a lawsuit based on your charge, by accepting these documents you agree that you will use them only in connection with contemplated litigation and will only show them to persons in a privileged relationships, such as a spouse, clergy, or medical, financial or legal advisor.

Thanks for your patience, your copies are attached in this email. If you need further assistance, you may contact the office, Monday thru Friday 8:00 am to 4:30 pm, at (913) 551-5655.

Sincerely,

*Natascha O. Guire*                    5/11/17

Natascha DeGuire                       Date
Area Director

## KANSASCITYINTAKE - Employers response

**From:** <jameslister09@yahoo.com>
**To:** <kansascityintake@eeoc.gov>
**Date:** 3/1/2017 10:42 AM
**Subject:** Employers response

Hello i was wondering if I could please have all available documents i.e. employers response to case # 563-2016-01820 email would be fine or mailed which ever works best for the eeoc thank you

**From:** NATASCHA DeGUIRE
**To:** DIETZ, DENVER; GRAFF, KHALIFAH
**Date:** 5/3/2017 4:17 PM
**Subject:** Fwd: 563-2016-01820; Lister vs. Western Industries; Section 83 Request

Do you all know anything about this section 83 request?

>>> On 5/3/2017 at 4:09 PM, in message <590A0286.E75C.0013.0@EEOC.GOV>, JOSEPH SIMMONS <JOSEPH.SIMMONS@EEOC.GOV> wrote:

Natascha;

Did you receive the file on this CP? He has called the front desk several times asking for a status on his case. The file was M3'ed on 02/17/2017, and a Section 83 request was received on 03/01/2017. It is still being shown in IMS assigned to KCAO. Evidently, it appears that nothing has been done with it.

Joe

**From:** KHALIFAH GRAFF
**To:** DIETZ, DENVER
**Date:** 5/4/2017 10:28 AM
**Subject:** Fwd: 563-2016-01820; Lister vs. Western Industries; Section 83 Request

What say you?!

>>> NATASCHA DeGUIRE 5/3/2017 4:17 PM >>>
Do you all know anything about this section 83 request?

>>> On 5/3/2017 at 4:09 PM, in message <590A0286.E75C.0013.0@EEOC.GOV>, JOSEPH SIMMONS <JOSEPH.SIMMONS@EEOC.GOV> wrote:

Natascha;

Did you receive the file on this CP? He has called the front desk several times asking for a status on his case. The file was M3'ed on 02/17/2017, and a Section 83 request was received on 03/01/2017. It is still being shown in IMS assigned to KCAO. Evidently, it appears that nothing has been done with it.

Joe

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: James L. Lister
734 N. Country Acres St.
Apt. 120
Wichita, KS 67212

From: Kansas City Area Office
Gateway Tower II
400 State Avenue, Suite 905
Kansas City, KS 66101

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2016-01820 | Faye Watts, Investigator | (913) 551-5841 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*for* Faye Watts
Natascha Deguire,
Area Office Director

2/17/17
*(Date Mailed)*

Enclosures(s)

cc: **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Jessica Skladzien
Attorney at Law
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206